## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

                                    Case No. 1:00-cr-157-18-RCL

RONALD C. ALFRED,

    *Defendant.*

### ORDER

Upon consideration of Defendant Alfred's Unopposed Motion to Continue Briefing and Hearing Schedule in this case, the government's consent to this request and for good cause shown, **IT IS THEREFORE ORDERED** that the requested Motion to Continue is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall follow the following schedule to file their pleadings in this case:

- Defendant's Initial Brief to be Filed on or Before May 3, 2021

- Government's Opposition to be Filed on or Before August 3, 2021

- Defendant's Reply Brief to be Filed on or Before September 2, 2021

Moreover, an evidentiary hearing in this matter shall be scheduled for

_OcTOBER 4_____, 2021 at ___10:00___ am ~~pm~~

**IT IS SO ORDERED.**

Date: ____2/3/2021_____                          _____

                                 The Honorable Royce C. Lamberth
                                 United States District Court Judge